respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–1914. JEFFERSON COUNTY, KENTUCKY, ET AL. *v.* BUCHANAN. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–7. LEEKE ET AL. *v.* THOMAS. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–60. BALKCOM, WARDEN *v.* HOUSE. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–1616. FOREMAN ET AL. *v.* COLLINS ET AL. C. A. 2d Cir. Motion of respondent Howard V. Collins for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–1619. CHEMICAL BANK ET AL. *v.* ASSON ET AL. Sup. Ct. Idaho. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 83–1654. MEHRENS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. JUSTICE BRENNAN would grant certiorari. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1659. MCDONALD ET AL. *v.* JOHNSON & JOHNSON; and No. 84–89. JOHNSON & JOHNSON *v.* MCDONALD ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 722 F. 2d 1370.

No. 83–1793. GIVENS ET AL. *v.* UNITED STATES RAILROAD RETIREMENT BOARD. C. A. D. C. Cir. Motion to substitute Estate of Jack C. Givens as party petitioner in place of Jack C. Givens, deceased, granted. Certiorari denied.

No. 83–1817. HARKINS ET AL. *v.* INTERSTATE MOTOR FREIGHT SYSTEMS ET AL. C. A. 6th Cir. Motion of respond-